# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FLOYD BOURN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2110-KJM-EFB PS<br><br><br><br>ORDER |

It appearing that the provisions of 28 U.S.C. § 455 so require, the undersigned disqualifies himself from participating in this matter. The Clerk shall reassign this case to another magistrate judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignment of civil cases to compensate for such reassignment. Accordingly, all pending dates are vacated.

So Ordered.

DATED: June 21, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE